Albert C. Wettengel, Guardian of Annie, Alice and Ida
M. Lockhart and Robert Lockhart, v. James T. Gorm-
ley, W. L. Mellon Pipe Line, Southwest Pennsylvania
Pipe Line and the Oakdale Oil Company, Appellants.

Anna B. Wettengel v. Same, Appellant.

Argued Nov. 9, 1897. Appeals, Nos. 11 and 12, Oct. T.,
1897, by plaintiffs, from decree of C. P. No. 2, Allegheny Co.,
Jan. T., 1898, Nos. 80 and 81, on bill in equity. Before STER-
RETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN
and FELL, JJ. Decree modified.

OPINION BY MR. JUSTICE WILLIAMS, January 3, 1898:
These appeals are from the same decree which we have just
considered upon the appeals of the plaintiffs, ante p. 354. The
opinion filed in that case covers all the questions raised in these.
We adhere to Wettengel v. Gormley, 160 Pa. 559. Let the
same decree be entered in these cases as has been entered in the
preceding appeals from the same decree. Costs to be paid by
Gormley.